**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE: **Robert Daniel Laudun**          CASE NO  **04-81839**
       **Andrea Lynn Laudun**

                                          CHAPTER  **13**

*AMENDED*
**SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))**

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | Son | 13 | Child | | | |
| | Daughter | 15 months | Child | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Asst. Manager | RN |
| Name of Employer | Car Care Auto Parts | Christus Cabrini Medical Center |
| How Long Employed | 5 1/2 yrs. | |
| Address of Employer | 4527 Lee Street | Alexandria, LA 71301 |
| | Alexandria, LA 71301 | |

| | **DEBTOR** | **SPOUSE** |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,100.00 | $2,890.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | **$2,100.00** | **$2,890.00** |
| LESS PAYROLL DEDUCTIONS | | |
|    A. Payroll taxes (includes social security tax if B. is zero) | $400.00 | $319.00 |
|    B. Social Security Tax | $175.00 | $195.00 |
|    C. Medicare | $0.00 | $0.00 |
|    D. Insurance | $0.00 | $400.00 |
|    E. Union dues | $0.00 | $0.00 |
|    F. Retirement | $0.00 | $0.00 |
|    G. Other (specify) _____ | $0.00 | $0.00 |
|    H. Other (specify) _____ | $0.00 | $0.00 |
|    I. Other (specify) _____ | $0.00 | $0.00 |
|    J. Other (specify) _____ | $0.00 | $0.00 |
|    K. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$575.00** | **$914.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$1,525.00** | **$1,976.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|    1. _____ | $0.00 | $0.00 |
|    2. _____ | $0.00 | $0.00 |
|    3. _____ | $0.00 | $0.00 |
| ***TOTAL MONTHLY INCOME*** | **$1,525.00** | **$1,976.00** |

**TOTAL COMBINED MONTHLY INCOME   $3,501.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE: **Robert Daniel Laudun**  CASE NO **04-81839**
**Andrea Lynn Laudun**

CHAPTER **13**

*AMENDED*
## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rental for mobile home) <br> Are real estate taxes included?    ☐ Yes  ☒ No <br> Is property insurance included?    ☐ Yes  ☒ No | $783.00 |
| **Utilities:**  Electricity and heating fuel <br> Water and sewer <br> Telephone <br> Other: Cable & Gas | $200.00 <br> $25.00 <br> $75.00 <br> $100.00 |
| Home maintenance (repairs and upkeep) <br> Food <br> Clothing <br> Laundry and dry cleaning <br> Medical and dental expenses (not covered by insurance) <br> Transportation (not including car payments) <br> Recreation, clubs and entertainment, newspapers, magazines, etc. <br> Charitable contributions | $75.00 <br> $500.00 <br> $150.00 <br> $50.00 <br> $150.00 <br> $200.00 <br> $25.00 |
| **Insurance** (not deducted from wages or included in home mortgage payments) <br>         Homeowner's or renter's <br>         Life <br>         Health <br>         Auto <br>         Other: | <br> <br> <br> <br> $203.00 |
| Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) <br>         Auto: <br>         Other: <br>         Other: <br>         Other: | |
| Alimony, maintenance, and support paid to others: <br> Payments for support of add'l dependents not living at debtor's home: <br> Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> Other:   Daycare <br> Other: | <br> <br> <br> $360.00 |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$2,896.00** |
| [FOR CHAPTER 12 AND 13 DEBTORS ONLY] <br> Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval. <br><br> A. Total projected monthly income <br> B. Total projected monthly expenses (including separate spouse budget if applicable) <br> C. Excess income (A minus B) <br> D. Total amount to be paid into plan each          *Monthly*          (interval) | <br><br><br> $3,501.00 <br> $2,896.00 <br> $605.00 <br> $605.00 |